**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.Avakian@lewisbrisbois.com
YILMAZ E. TURKERI
Nevada Bar No. 15468
Yilmaz.Turkeri@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants PARKE COX
TRUCKING COMPANY, INC., and TROY
CHRISTENSEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RENEE SABALLA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TROY CHRISTENSEN, individually; PARKE COX TRUCKING COMPANY, INC., a Domestic Corporation; DOES I-X, inclusive; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01545-RFB-DJA<br><br>**GLOBAL STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**GLOBAL STIPULATION AND ORDER DISMISSING PLAINTIFF RENEE SABALLA'S COMPLAINT AGAINST DEFENDANTS WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff RENEE SABALLA, ("Plaintiff") and Defendants TROY CHRISTENSEN and PARKE COX TRUCKING COMPANY, INC. ("Defendants"), through their respective counsel of record that Plaintiff's Complaint and any amendments in the above-entitled action against Defendants are hereby dismissed

1  with prejudice with each party to bear their own attorneys' fees and costs.

2  DATED this 16th day of June, 2025.                    DATED this 16th day of June, 2025.

3  MAINOR ELLIS INJURY LAWYERS                           LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Taylor K. Calemat                                   /s/ Josh Cole Aicklen
Bradley S. Mainor, Esq.                                 Josh Cole Aicklen, Esq.
Nevada Bar No. 007434                                   Nevada Bar No. 007254
Adam Ellis, Esq.                                        David B. Avakian, Esq.
Nevada Bar No. 014514                                   Nevada Bar No. 009502
Taylor K. Calmelat, Esq.                                Yilmaz E. Turkeri, Esq.
Nevada Bar No. 016681                                   Nevada Bar No. 015468
8367 W. Flamingo Rd., Suite 200                         6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89147                                     Las Vegas, Nevada 89118
Tel: 702.450.5000                                       Tel. 702.893.3383
*Attorneys for Plaintiff*                               *Attorneys for Defendant*
RENEE SABALLA                                           TROY CHRISTENSEN and PARKE COX
                                                        TRUCKING COMPANY, INC.

**IT IS SO ORDERED**.

**DATED** this 17th day of June, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Kurilla, Peggy**

| | |
|---|---|
| **From:** | Taylor Calmelat <taylor@me-injury.com> |
| **Sent:** | Monday, June 16, 2025 12:51 PM |
| **To:** | Kurilla, Peggy; Turkeri, Yilmaz; Natalie Cothran |
| **Cc:** | Avakian, David; Butler, Maceo; Adam Ellis; Brad Mainor |
| **Subject:** | Re: Saballa v. Parke Cox Trucking - LBBS No. 51090-33 |

EXTERNAL

Hello, Peggy. You have permission to e-sign for me and file.

*Taylor K. Calmelat, Esq.*
Associate Attorney
**Mainor Ellis, LLP**

**From:** Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>
**Sent:** Monday, June 16, 2025 12:40:42 PM
**To:** Turkeri, Yilmaz <Yilmaz.Turkeri@lewisbrisbois.com>; Natalie Cothran <nat@me-injury.com>
**Cc:** Avakian, David <David.Avakian@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Adam Ellis <adam@me-injury.com>; Taylor Calmelat <taylor@me-injury.com>; Brad Mainor <brad@me-injury.com>
**Subject:** RE: Saballa v. Parke Cox Trucking - LBBS No. 51090-33

Hi, Natalie,

The exchange is complete. Do we have permission to e-sign the Stip to Dismiss?

Thanks!

**Peggy Kurilla**
**Legal Secretary**
Las Vegas Rainbow
702.830.9012 or x7029012

**From:** Turkeri, Yilmaz <Yilmaz.Turkeri@lewisbrisbois.com>
**Sent:** Monday, June 16, 2025 10:10 AM
**To:** Natalie Cothran <nat@me-injury.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>
**Cc:** Avakian, David <David.Avakian@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Adam Ellis <adam@me-injury.com>; Taylor Calmelat <taylor@me-injury.com>; Brad Mainor <brad@me-injury.com>
**Subject:** RE: Saballa v. Parke Cox Trucking - LBBS No. 51090-33

Yes, that's fine.

**From:** Natalie Cothran <nat@me-injury.com>
**Sent:** Monday, June 16, 2025 10:07 AM
**To:** Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; Turkeri, Yilmaz <Yilmaz.Turkeri@lewisbrisbois.com>
**Cc:** Avakian, David <David.Avakian@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Adam Ellis

1